IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

FILED
DISTRICT COURT CLERK
WESTERN DISTRICT OF KY
2019 JUL 12 PM 5:21

SEAN HENRY
504A Robin Road
Horse Cave, Kentucky 42749
       Plaintiff,

vs.

HORSE CAVE CITY,
SERVE: Randall Curry, Mayor
P.O. Box 326
Horse Cave, Kentucky 42749

and

RANDALL CURRY,
Individually and in his offical capacity as
Mayor, Horse Cave City
P.O. Box 326
Horse Cave, Kentuckyt 42749

       Defendants.

Case No. **1:19CV-92-GNS**
Jury Trial: ☒ Yes ☐ No

PARTIES, JURISDICTION AND VINUE

**Plaintiff was wrongfully terminated by Defendants in violation of Kentucky Public Policy As a resule of Defendants's actions, Plaintiff has been damaged**

### III. Statement of Claim

1. Plaintiff Sean Henry is a resident of Hart County, Kentucky and a citizen of the state of Kentucky
2. Defendant Horse Cave City("Defendant Horse Cave City") is a Kentucky city.
3. Defendant Randall Curry is a cityzen of the state of Kentucky and is the mayor of Defendant Horse Cave City.
4. Plaintiff was emplayed by Defendant Horse Cave City in Hart County, Kentucky
5. This Court has subject Matter of the federal claims in this Complaint under 42 U.S.C. 1983.
6. This Court has supplemental jurisdiction of the state law claims in the Complaint under 28 U.S.C.

1367
7.
   This Court has personal jurisdiction over Plaintiff.
8. This Court has personal jurisdiction over Defendants.

9. This Court has a proper venue for the claims in this Complaint.

## BACKGROUND

10. Plaintiff was employed by Defendant Horse Cave City as the Police Chief in 2018

11. Plaintiff was imperperly terminated sometime after July 24th 2007 without adequate, appropriate and proper notice of a termination hearing and without due process required for termination at the hearing.
12. Plaintiff was terminated by Defendants for improper reasons that implicated his iberty interests.

## Claim One-violation of Plaintiff's Due Process Property Rights

13. Plaintiff Restates and realleges Paragraphs 1 though 12 of the Complaint as if restated here.
14. Plaintiff had a property right in his employment as the Police Chief
15. the actions taken by Defendants to terminate Plaintiff were arbitrary abuse of power which violated Plaintiff's due process property rights as set fourth in the Fourteenth Amendment to the U.S. Constitution and violated 42 U.S.C 1983
16. As a resutl fo defendant's actions, Plaintiff has been damaged.

## Claim Two-Violation of Plaintiff's Due Process Liberty Rights

17. Plaintiff restates and realleges Paragraphs 1 through 16 of the Complaint as if restated here.
18. Plaintiff's reputation ad intergraty hae been damaged as a result of the statements made supporting his termination by the defendants.
19. The actions taken by Defendants to terminate Plaintiff's due process liberty rights as set forth in the Fourteenth Amendment to the U.S. Constitution and violated 42 U.S.C. 1983.
20. As a resutl of Defendant's actions, Plaintiff has been damaged.

## Claim Three-Wrongful Termination under Kentucky Law

21. Plaintiff restates and realleges Paragraphs 1 through 20 of the Complaint as if restated here.
22. Plaintiff was wrongfully terminated by Defendants in violation of Kentucky law
23. Plaintiff was wrongfully terminated by Defendants in violation of Kentucky public policy.
24. As a result of Defendant's actions, Plaintiff has been damaged.

6
IV. Relief
State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff demands judgment against Defendant as follows:

(a)  that Plaintiff be reinstated to his employment with defendant;

(b)  that Plaintiff be awarded backpay and lost benefits;

(c)  that Plaintiff be awarded his attorney's fees;

(d)  that Plaintiff be awarded all other relief to which he may be entitled

V. Certification and Closing
Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.
A. For Parties Without an Attorney
I agree to provide the Clerk's Office with any changes to my address where caserelated papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.
Date of signing: July 12th_, 2019_.
Signature of Plaintiff _____ Sean Henry_____ Printed Name of Plaintiff

B. For Attorneys
Date of signing: _7-12_, 20_19_

**JURY DEMANDS**

Plaintiff demands a jury trial on all claims and issues that can ve tried by a jury.

Respectfully sumitted,

/S/ Sean C. Henry

Sean C. Henry,
504A Robin Road
Horse Cave Kentucky 42749
Ph; (270) 473-1580
henryk9@yahoo.com
Plaintiff